Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

5th Division

KARL BROOKS MALONE

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

HAMILTON COUNTY JAIL, LT. HART

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:25-cv-1614-JRS-TAB
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

**FILED**

**08/14/2025**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name KARL BROOKS MALONE

Address 1045 WALNUT ST

NOBLESVILLE — IN — 46060
City — State — Zip Code

County HAMILTON

Telephone Number 463-217-6022

E-Mail Address diamond cut bullies LLC @ gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name HAMILTON COUNTY JAIL

Job or Title (if known) CORRECTIONAL FACILITY

Address 18102 CUMBERLAND RD

NOBLESVILLE — IN — 46060
City — State — Zip Code

County HAMILTON

Telephone Number 317-776-9800

E-Mail Address (if known) N/A

☐ Individual capacity ☑ Official capacity

Defendant No. 2

Name LT. HART

Job or Title (if known) LIEUTENANT

Address 18102 CUMBERLAND RD

NOBLESVILLE — IN — 46060
City — State — Zip Code

County HAMILTON

Telephone Number N/A

E-Mail Address (if known) N/A

☑ Individual capacity ☐ Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

|  | | |
| --- | --- | --- |
| *City* | *State* | *Zip Code* |

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

|  | | |
| --- | --- | --- |
| *City* | *State* | *Zip Code* |

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

FALSE IMPRISONMENT / OVER DETENTION / UNLAWFUL DETENTION

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I was sentenced on September 25, 2024 to 6yr do 6 months; My time was to start that day with 16 days credited. I was not serving a sentence anywhere else. However LT Hort didnt count my time until October 25, 2024. I informed Him, the outdate he calculated of 4/8/25 was incorrect and should be 3/9/25. He said to write the Judge if I believed there was an issue or incorrect. On 12/5/24 I

III.  **Statement of Claim** wrote Judge Campbell in Superior Court 4. On 12/9/24 he entered in My case and sent paperwork to all parties that I was correct and my release date should be 3/9/25; However I was not released until 4/8/25.

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

HAMILTON COUNTY JAIL

B.  What date and approximate time did the events giving rise to your claim(s) occur?
September 25, 2024 – Sentenced to 365 days do 180 for Violation of Community Corrections

10/29/24 – LT Hart entered my outdate as 4/8/25, on 10/29/24 I wrote LT Hart and informed him that was incorrect and should be 3/9/25

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
My time was to Begin as of Sept 25, 2024; it was not calculated until October 25, 24. I informed LT Hart and multiple officers and inmates in the Jail that my outdate was incorrect. They said to write the Judge. On 12/5/24 I wrote Judge Campbell in Superior 4. I explained the outdate LT Hart gave on 12/9/24 Judge Campbell entered in Case file and on public record Mycos. In. gov that my outdate should be 3/9/25. However, I was not released until 4/8/25.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I am seeking Monetary payment on the basis I was wrongfully held past my outdate, which caused me to not be able to work, I missed my Sons 13th Birthday. I began to Suffer from depression due to not being released and feeling like I may not ever be released. I Sent multiple requests via the tablet in jail to let different officers know there was a mistake with my outdate and was ignored.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _August 5, 2025_

Signature of Plaintiff    _[signature]_

Printed Name of Plaintiff    _KARL MALONE_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _____

E-mail Address    _____

Karl Malone
1045 Walnut St
Noblesville, IN 46060

INDIANAPOLIS IN 460

12 AUG 2025 PM 5 L

USA ★ FOREVER

United States District Court - Southern District
46 East Ohio Street Room 105
Indianapolis, IN 46204

FILED

AUG 14 2025

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

46204-191930