**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

KARL B. MALONE,                          )
                                         )
          Plaintiff,                     )
                                         )
v.                                       )          Case No. 1:25-cv-01614-JRS-TAB
                                         )
Lt. Hart,                                )
                                         )
          Defendant.                     )

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

The Defendant, Lt. Hart, by counsel, answers the Plaintiff's Complaint as follows:

Consistent with FED. R. CIV. P. 8(B), the Defendant denies all factual allegations that Plaintiff has asserted, except that the Defendant admits that this Court has jurisdiction over Plaintiff's claims.

### AFFIRMATIVE DEFENSES

1. Defendant is entitled to all common law and statutory immunities available to him under state and federal law.

2. Plaintiff failed to exhaust his administrative remedies under the Prison Litigation Reform Act.

3. Plaintiff has failed to state a claim for which relief may be granted.

WHEREFORE, Defendant, Lt. Hart, by counsel, respectfully requests the Court enter judgment in his favor, that Plaintiff take nothing by way of his Complaint, for costs of this action, and for all other just and proper relief in the premises.

**JURY TRIAL DEMAND**

Under FED. R. CIV. P. 38, Defendant respectfully demands a trial by jury.

Respectfully submitted,

**HAMILTON COUNTY LEGAL DEPARTMENT**

By:   */s/ Adam S. Willfond*
Adam S. Willfond, 31565-49
Assistant County Attorney
One Hamilton County Square, Suite 306
Noblesville, IN 46060 | 317.776.8487
adam.willfond@hamiltoncounty.in.gov

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically using the Case Management/Electronic Case Files ("CM/ECF") system and served on all persons listed below, by United States mail, first-class postage prepaid, on December 19, 2025:

Karl B. Malone
1045 Walnut Street
Noblesville, IN 46060

By:   */s/ Adam S. Willfond*
Adam S. Willfond, 31565-49