**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| KARL B. MALONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-01614-JRS-TAB |
| | ) | |
| Lt. Hart, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The Defendant, Galen Hart, by counsel and consistent with Fed. R. Civ. P. 56 and S.D. Ind. L.R. 56-1, moves for summary judgment under the Prison Litigation Reform Act and state law, as Plaintiff failed to exhaust his administrative remedies. *See* 42 U.S.C. § 1997(e)a; IND. CODE § 34-58-1-2.1. The Defendant has submitted a designation of evidence and brief in support of his motion.

Respectfully submitted,

HAMILTON COUNTY LEGAL DEPARTMENT

By:     */s/ Adam S. Willfond*
Adam S. Willfond, 31565-49
Assistant County Attorney
One Hamilton County Square, Suite 306
Noblesville, IN 46060 | 317.776.8487
adam.willfond@hamiltoncounty.in.gov

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically using the Case Management/Electronic Case Files ("CM/ECF") system and served on all persons listed below by United States Mail on February 6, 2026:

Karl B. Malone
1045 Walnut Street
Noblesville, IN 46060

By:    /s/ *Adam S. Willfond*
         Adam S. Willfond, 31565-49